RECEIVED
IN LAKE CHARLES, LA
AUG 29 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AMBROSE O. ESOGBUE** | : | **DOCKET NO. 2:06-cv-334** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of Aug, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE